**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

Case No.: 6:26-cv-02130

QIJUN CHEN,

Plaintiff,

v.

ABACUS GLOBAL MANAGEMENT, INC.,

formerly known as ABACUS LIFE, INC.,

Defendant.

_______________________________________/

**NOTICE OF LEAD COUNSEL DESIGNATION**

Pursuant to Local Rule 2.02(a) and this Court's Notice to Counsel entered on the docket in this action, Plaintiff Qijun Chen designates Ryan C. Brenton of Brenton Legal, P.A. as lead counsel for Plaintiff in this action.

Respectfully submitted,

**BRENTON LEGAL, P.A.**

By: /s/ *Ryan C. Brenton*
Ryan C. Brenton
Florida Bar No. 107675
1070 E. Indiantown Rd., Suite 400
Jupiter, FL 33477
Telephone: (954) 639-4644

rcb@brentonlegal.com
*Counsel for Plaintiff*

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on September 21, 2026, this document was filed with the Clerk of Court via CM/ECF. As of this date, no other party has appeared in this action; accordingly, no additional service was made.

/*s/ Ryan C. Brenton*
Ryan C. Brenton