**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**QIJUN CHEN,**

**Plaintiff,**

**v.** **Case No.: 6:26-cv-02130-PGB-NWH**

**ABACUS GLOBAL MANAGEMENT, INC.,**

**Defendant,**

---

**DISCLOSURE STATEMENT (CIVIL) UNDER**
**RULE 7.1, FEDERAL RULES OF CIVIL PROCEDURE, AND LOCAL RULE 3.03**

The disclosures in this statement will contribute to evaluating judicial recusal and diversity of citizenship. A summary of the law of recusal and citizenship accompanies this statement. Each party must revise and supplement the disclosures throughout the pendency of the action to ensure continuing completeness and accuracy.

## Recusal Information

If the filer is a non-governmental corporation, identify any parent corporation and any publicly held corporation holding 10% or more of the filer's shares.

- Not applicable. Plaintiff Qijun Chen is a natural person, not a corporation.

Identify any other entity or natural person — not a party or counsel of record — with an interest the action's outcome might substantially affect.

- None known.

Identify any lawyer — other than counsel of record — who serves or has served in the action as a lawyer for the filer, who is financially interested in the action, or who might appear as a material witness in the action.

- None known.

If this is a bankruptcy appeal, identify the debtor, the trustee, and the members of the creditors' committee.

- Not applicable; this is not a bankruptcy appeal.

Identify any entity or natural person not already disclosed and likely to actively participate in this action.

- None known at this time.

Identify any conflict of interest affecting the district judge or the magistrate judge in this action.

- None known.

## Citizenship Information

If the filer is a **natural person**, the filer must identify the filer's citizenship in accord with the person's domicile, which does not necessarily correspond to the person's residence.

If the filer is a **corporation**, the filer must identify its place of incorporation and its principal place of business.

If the filer is a **limited liability company** or **other unincorporated entity**, the filer must identify each member and the citizenship of each member and, if a member is another unincorporated entity, each member of that entity and that member's citizenship, and so on.

If, in a direct action against an insurer based on a policy or contract of liability insurance, the filer is the **insurer** and if the insured is not joined as a defendant, the filer, in accord with 28 U.S.C. § 1332(c)(1), must identify the filer's state of incorporation, the filer's principal place of business, and the insured's citizenship.

If the filer is the **legal representative of an estate**, the filer must identify the decedent's citizenship.

If the filer is the **legal representative of an infant or an incompetent person**, the filer must identify the infant's or incompetent person's citizenship.

If a pleading or notice of removal asserts diversity jurisdiction under 28 U.S.C. § 1332(a) or supplemental jurisdiction under 28 U.S.C. § 1367(a), state the filer's citizenship.

- Plaintiff Qijun Chen is a citizen of China, lawfully admitted for permanent residence in the United States, and is domiciled in the State of New Jersey.

If this is a class action under 28 U.S.C. § 1332(d), state the filer's citizenship. If the filer is an unincorporated association, identify the association's principal place of business and the state under whose laws the association is organized.

- Not applicable; this is not a class action.

**Certificate**

**The filer certifies that the disclosures in this statement are complete and accurate to the best of the filer's knowledge, information, and belief. The filer agrees to revise and supplement the disclosures throughout the pendency of the action to ensure continuing completeness and accuracy.**

Signed: */s/ Ryan C. Brenton*

Ryan C. Brenton
Florida Bar No. 107675
Brenton Legal, P.A.
1070 E. Indiantown Rd., Suite 400
Jupiter, FL 33477
rcb@brentonlegal.com
(954) 639-4644
*Counsel for Plaintiff Qijun Chen*