**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**QIJUN CHEN,**

**Plaintiff,**

**v.** **Case No.: 6:26-cv-02130-PGB-NWH**

**ABACUS GLOBAL MANAGEMENT, INC.,**

**Defendant,**

---

**Notice of Pendency of Other Actions**

In accordance with Local Rule 1.07, I certify that the instant action:

____ **IS** related to pending or closed civil or criminal case(s) previously filed in this Court, or any other Federal or State court, or administrative agency as indicated below:

**_X** **IS NOT** related to any pending or closed civil or criminal case filed with this Court, or any other Federal or State court, or administrative agency.

I further certify that I will serve a copy of this Notice of Pendency of Other Actions upon each party no later than fourteen days after appearance of the party.

Dated: September 22, 2026

Signed: */s/ Ryan C. Brenton*
Ryan C. Brenton
Florida Bar No. 107675
Brenton Legal, P.A.
1070 E. Indiantown Rd., Suite 400
Jupiter, FL 33477
rcb@brentonlegal.com
(954) 639-4644
*Counsel for Plaintiff Qijun Chen*

Signed:
Defendant's counsel has not yet appeared