# RETURN OF SERVICE

UNITED STATES DISTRICT COURT
District of

Case Number: 6:26-CV-02130-PGB-NWH

Plaintiff:
**Qijun Chen**

vs.

Defendant:
**Abacus Global Management, Inc. formerly known as Abacus Life, Inc.**

BPC2026004996

For:
Ryan Brenton, Esq.
Brenton Legal PA
isha@brentonlegal.com
1070 E Indiantown Road, Suite 400
Jupiter, FL 33477

Received by WILL RISER on the 23rd day of September, 2026 at 10:18 am to be served on **Abacus Global Management, Inc. c/o r/a Corporation Service Company, 1201 Hays Street, Tallahassee, FL 32301**.

I, WILL RISER, do hereby affirm that on the **23rd day of September, 2026** at **12:00 pm, I:**

served a **CORPORATE, PARTNERSHIP, ASSOCIATION** Served the within named business entity by delivering a true copy of **Summons in a Civil Action; Complaint and Demand for Jury Trial** to: **Jordan Chapman** as Customer service associate, a Designated employee of the Registered Agent , pursuant to the requirements of Fla. Stat. 48.091, and informed said person of the contents therein, at **c/o Corporation Service Company As Registered Agent, 1201 Hays St, Tallahassee, FL 32301.** on behalf of **Abacus Global Management, Inc.**, and informed said person of the contents therein, in compliance with state statutes.

I certify that I am over the age of 18, have no interest in the above action, and am a certified process server, in good stan ding, in the judicial circuit in which the process was served. "under penalties of perjury, i declare that i have read the foregoing document and that the facts are true" f.s.92.525. Notary not required pursuant to fs 92.525

**Description** of Person Served: Age: 28, Sex: F, Race/Skin Color: White, Height: 5'8", Weight: 180, Hair: Dark Brown, Glasses: N

I certify that I am over the age of 18, have no interest in the above action, and am a Certified Process Server, in good stan ding, in the judicial circuit in which the process was served. "Under penalties of perjury, I declare that I have read the foregoing document and that the facts in it are true" F.S. 92.525. NOTARY NOT REQUIRED PURSUANT TO FS 92.525

**WILL RISER**
Process Server 288

**ALL BROWARD PROCESS CORP**
**701 N FIG TREE LANE**
**PLANTATION, FL 33317**
**(954) 214-5194**

Our Job Serial Number: BPC-2026004996

Copyright © 1992-2026 DreamBuilt Software, LLC. - Process Server's Toolbox V9.0e

| | |
|---|---|
| DELIVERED | 9/23/2026 12:00 PM |
| SERVER | WR |
| LICENSE | Process Server 288 |

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Middle District of Florida

Qijun Chen,

*Plaintiff(s)*

v.

Abacus Global Management, Inc., formerly known as Abacus Life, Inc.,

*Defendant(s)*

Civil Action No. 6:26-cv-02130-PGB-NWH

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Abacus Global Management, Inc.
c/o Corporation Service Company, Registered Agent
1201 Hays Street
Tallahassee, FL 32301-2525

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: Ryan C. Brenton, Esq.
Brenton Legal, P.A.
1070 E. Indiantown Rd., Suite 400
Jupiter, FL 33477

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

UNITED STATES DISTRICT COURT MIDDLE DISTRICT OF FLORIDA

Date: September 21, 2026

Lindsey Casselman

*Signature of Clerk or Deputy Clerk*

Civil Action No. 6:26-cv-02130-PGB-NWH

## PROOF OF SERVICE

***(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))***

This summons for *(name of individual and title, if any)* ______________________________
was received by me on *(date)* ______________ .

❒ I personally served the summons on the individual at *(place)* ______________________________
______________________________ on *(date)* ______________ ; or

❒ I left the summons at the individual's residence or usual place of abode with *(name)* ______________
______________________________ , a person of suitable age and discretion who resides there,
on *(date)* ______________ , and mailed a copy to the individual's last known address; or

❒ I served the summons on *(name of individual)* ______________________________ , who is
designated by law to accept service of process on behalf of *(name of organization)* ______________
______________________________ on *(date)* ______________ ; or

❒ I returned the summons unexecuted because ______________________________ ; or

❒ Other *(specify)*:

My fees are $ __________ for travel and $ __________ for services, for a total of $ __________ .

I declare under penalty of perjury that this information is true.

Date: ______________ ______________________________
*Server's signature*

______________________________
*Printed name and title*

______________________________
*Server's address*

Additional information regarding attempted service, etc:

Print Save As... Reset