**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**Case No.: 6:26-cv-02130-PGB-NWH**

QIJUN CHEN,

Plaintiff,

vs.

ABACUS GLOBAL MANAGEMENT, INC.,
formerly known as ABACUS LIFE, INC.,

Defendant.
____________________________________________/

**NOTICE OF APPEARANCE**

PLEASE TAKE NOTICE that the undersigned counsel Heidi M. Mitchell, Esq. of the law firm of Winderweedle, Haines, Ward & Woodman, P.A., hereby enters his appearances as counsel on behalf of Defendant, ABACUS GLOBAL MANAGEMENT, INC., in the above-captioned action and hereby requests that copies of all further correspondence, notices, filings, and pleadings be served upon the undersigned.

I certify that I am are admitted to practice in the Middle District of Florida.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on October 13, 2026, I filed the foregoing with the Court's CM/ECF system, which will automatically serve all counsel of record.

*/s/ Heidi M. Mitchell*
Heidi M. Mitchell, Esq.
Florida Bar No.: 0121988
Email: hmitchell@whww.com
Secondary: mquallio@whww.com
J. Jeffrey Deery, Esq.
Florida Bar No.: 861332
Email: jdeery@whww.com
Secondary: khirsh@whww.com
Timothy J. Kiley, Esq.
Florida Bar No.: 0044352
Email: tkiley@whww.com
Secondary: khirsh@whww.com
**Winderweedle, Haines, Ward & Woodman, PA**
329 Park Avenue South, 2nd Floor
Winter Park, FL 32789
T: 407-423-4246
F: 407-645-3728
*Attorneys for Defendant*