**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**Case No.: 6:26-cv-02130-PGB-NWH**

QIJUN CHEN,

Plaintiff,

vs.

ABACUS GLOBAL MANAGEMENT, INC.,
formerly known as ABACUS LIFE, INC.,

Defendant.

_______________________________________________/

**NOTICE OF LEAD COUNSEL DESIGNATION**

Pursuant to Local Rule 2.02(a) and this Court's Notice to Counsel entered on the docket in this action, Defendant, ABACUS GLOBAL MANAGEMENT, INC., designates Timothy J. Kiley, Esq. of the law firm of Winderweedle, Haines, Ward & Woodman, P.A., as lead counsel for Defendant in this action.

I certify that I am admitted to practice in the Middle District of Florida.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on October 13, 2026, I filed the foregoing with the Court's CM/ECF system, which will automatically serve all counsel of record.

*/s/ Timothy J. Kiley*
Timothy J. Kiley, Esq.
Florida Bar No.: 0044352
Email: tkiley@whww.com
Secondary: khirsh@whww.com
J. Jeffrey Deery, Esq.
Florida Bar No.: 861332
Email: jdeery@whww.com
Secondary: khirsh@whww.com
Heidi M. Mitchell, Esq.
Florida Bar No.: 0121988
Email: hmitchell@whww.com
Secondary: mquallio@whww.com
**Winderweedle, Haines, Ward & Woodman, PA**
329 Park Avenue South, 2nd Floor
Winter Park, FL 32789
T: 407-423-4246
F: 407-645-3728
*Attorneys for Defendant*