**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**Case No.: 6:26-cv-02130**

QIJUN CHEN,

Plaintiff,

vs.

ABACUS GLOBAL MANAGEMENT, INC.,
formerly known as ABACUS LIFE, INC.,

Defendant.
_______________________________________________/

## DEFENDANT'S CONSENT MOTION FOR EXTENSION OF TIME TO RESPOND TO COMPLAINT

Defendant, ABACUS GLOBAL MANAGEMENT, INC., formerly known as ABACUS LIFE, INC., (the "Defendant"), by and through its undersigned counsel, and pursuant to Fed. R. Civ. P. 6(b), moves for an order to extend time to respond to the Complaint filed in this action, and, in support, states:

## BACKGROUND

1. On September 21, 2026, Plaintiff filed his Complaint.

2. On September 23, 2026, Defendant was served with process.

3. Time for serving a response to the Complaint has not yet expired.

4. The undersigned counsel was retained on September 28, 2026 to represent Defendant in this action. Counsel needs additional time to review the Complaint allegations, formulate a response, and, if possible, work towards resolution.

5. Based on the foregoing, cause exists for the deadline to respond to the Complaint to be extended.

6. This motion is not being made for the purpose of delay.

**MEMORANDUM OF LAW**

Federal Rule of Civil Procedure 6(b) allows a court to extend the deadline for responding to a complaint. This rule provides a court with wide discretion in granting enlargements of time. Moreover, requests for enlargement of time should be liberally construed. *See Yanofsky v Wernick*, 362 F. Supp. 1005 (S.D.N.Y.. 1973). The request is not being made to delay this action or prejudice any party. Instead, the request is being made given the circumstances set forth herein.

WHEREFORE, Defendant, ABACUS GLOBAL MANAGEMENT, INC., formerly known as ABACUS LIFE, INC., respectfully requests that this Court enter an order allowing an additional ten (10) days to respond to the Complaint.

**Local Rule 3.01(g) Certificate**

In compliance with M.D. Fla. Loc. R. 3.01(g), on October 12, 2026, the undersigned consulted with Plaintiff's counsel, who does not object to the request for an enlargement of time of ten (10) days to respond to the Complaint.

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on October 13, 2026, I filed the foregoing with the Court's CM/ECF system, which will automatically serve all counsel of record.

*/s/ Timothy J. Kiley*
Timothy J. Kiley, Esq.
Florida Bar No.: 0044352
**Winderweedle, Haines, Ward & Woodman, PA**
329 Park Avenue South, 2nd Floor
Winter Park, FL 32789
T: 407-423-4246
F: 407-645-3728
Email: tkiley@whww.com
Secondary: khirsh@whww.com
*Attorneys for Defendant*